# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. STONE,** | : | **CIVIL NO. 1:15-CV-1751** |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL, GERALD** | : | |
| **MCMAHON, BOBBI JO SALAMON,** | : | |
| **TAMMY FERGUSON, GRICC,** | : | |
| **ROBERT M. LEWIS, EXECUTIVE** | : | |
| **DEPUTY SECRETARY** | : | |
| **CENTRAL REGION,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of October, 2015, upon consideration of plaintiff's complaint (Doc. 1), it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before October 27, 2015.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 1:15-CV-1751, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See Fed. R. Civ. P. 8(d).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and will result in dismissal of the complaint. See Fed. R. Civ. P. 20.

5. Plaintiff shall properly identify each defendant. Failure to properly identify a defendant may result in dismissal of that defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania